36372. RUSHIN *v.* WINECOFF *et al.*
36381. PARKS *v.* WINECOFF *et al.*

QUILLIAN, J. Where a trial judge vacates his order overruling general and special demurrers to a petition, there has been no final judgment in the case and the filing of a bill of exceptions to this court is premature. Code § 6-701; *Lankford* v. *Dockery,* 84 *Ga. App.* 640 (66 S. E. 2d 840); *Foster* v. *Sumner,* 88 *Ga. App.* 5 (75 S. E. 2d 838). The present bills of exceptions fall within this ruling and hence are dismissed.

*Writs of error dismissed. Felton, C. J., and Nichols, J., concur.*

DECIDED OCTOBER 4, 1956.

*Saul Blau,* for plaintiffs in error.

*W. Neal Baird, Hurt, Gaines & Baird, Peek & Peabody,* contra.